# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-996 ODW(SSx) | Date | July 27, 2010 |
| Title | Phytoceuticals, Inc. V. Science of Skincare, LLC, et al | | |

| | | | |
|---|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | | |
| Raymond Neal | Not reported | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [69] filed July 15, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, August 16, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal on or before **Monday, August 9, 2010.**

IT IS SO ORDERED.

                                                                                          :   00

Initials of Preparer   RGN