JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYTOCEUTICALS, INC. and MOSTAFA M. OMAR, PH.D.,<br><br>          Plaintiffs,<br><br>    v.<br><br>SCIENCE OF SKINCARE, LLC d/b/a INNOVATIVE SKINCARE; BRYAN JOHNS, ALEX CALL and CAPRICE A. JOHNSON,<br><br>          Defendants. | Civil Action No. CV 09-00996 ODW (SSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| SCIENCE OF SKINCARE, LLC d/b/a INNOVATIVE SKINCARE,<br><br>          Counterclaimant,<br><br>    v.<br><br>PHYTOCEUTICALS, INC. and MOSTAFA M. OMAR, PH.D.,<br><br>          Counterclaim-Defendants. | |

**ORDER RE STIPULATION FOR DISMISSAL OF ACTION**

**Civil Action No. 2:09-cv-996 ODW(SSx)**

1  Having read and considered the parties' concurrently filed Stipulation for Dismissal of
2  Action with Prejudice,
3  IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice, according
4  to the terms and conditions set forth in the Stipulation for Dismissal with Prejudice of the parties.

8  Dated:  August 6, 2010

_____
The Honorable Otis D. Wright, II
United States District Judge

**ORDER RE STIPULATION FOR DISMISSAL OF ACTION**

**Civil Action No. 2:09-cv-996 ODW(SSx)**